UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Collaborative Agreements, LLC** | § § | |
| **Plaintiff,** | § § | Civil Action No. 1:14-cv-0356-LY |
| v. | § § | Jury Trial Demanded |
| **Adobe Systems Incorporated,** *et. al.* | § § | |
| **Defendants.** | § § | |

## UNOPPOSED MOTION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE

Plaintiff Collaborative Agreements, LLC respectfully requests and moves that the Court dismiss all Plaintiff's claims in this action WITH Prejudice. There were no counterclaims by any defendant filed in the Western District of Texas. This motion is not opposed by any of the defendants, who have also agreed to the form of the Proposed Order, which is attached. Each party shall bear its own costs and attorneys' fees.

Dated: December 21, 2017

Respectfully Submitted,

/s/ Christian Hurt

**Christian Hurt**

**DEREK GILLILAND**
STATE BAR NO. 24007239
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364

1

>**CHRISTIAN J. HURT**
>STATE BAR NO. 24059987
>**ROSS LEONOUDAKIS**
>STATE BAR NO. 24087915
>**NIX PATTERSON & ROACH, L.L.P.**
>1845 Woodall Rodgers Freeway, Suite 1050
>Dallas, Texas 75201
>972.831.1188 (telephone)
>972.444.0716 (facsimile)
>dgilliland@nixlaw.com
>kirkvoss@nixlaw.com
>winncutler@nixlaw.com
>christianhurt@nixlaw.com
>rossl@nixlaw.com
>
>**ATTORNEYS FOR PLAINTIFF**
>**COLLABORATIVE AGREEMENTS, LLC**

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I certify that on December 21, 2017, I conferred with Jason W. Wolff, counsel for the defendants, and he confirmed that the defendants would not oppose this motion and further agreed to the form of the Proposed Order.

>/s/ Christian Hurt
>_____
>**Christian Hurt**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of December 21, 2017, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b).

>/s/Christian Hurt
>_____
>**Christian Hurt**

2